IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX.
FILED
2015 JAN 28   AM 11: 20

DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CASE NO. 1:14-CR-00033-P-BL-5 |
| | § | |
| | § | |
| BRANDON KAJUAN JOHNSON | § | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

**BRANDON KAJUAN JOHNSON,** by consent, under authority of United States v. Dees,

125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has

entered a plea of guilty to the Indictment. After cautioning and examining **BRANDON KAJUAN**

**JOHNSON,** under oath concerning each of the subjects mentioned in Rule 11, I determined that

the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty be accepted and that **BRANDON KAJUAN JOHNSON,** be

adjudged guilty and have sentence imposed accordingly.

Date:   January 28, 2015.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).